AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Humberto Polanco-Flores<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 12-8421-WM |

FILED by _____ D.C.
OCT 3 0 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 25, 2012 in the county of Palm Beach in the Southern District of Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | an alien, having previously been removed and deported from the United States on July 26, 2012, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit of Border Patrol Agent Scott Stacy:

☑ Continued on the attached sheet.

*Complainant's signature*

Border Patrol Agent Scott Stacy
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/2012

*Judge's signature*

City and state: West Palm Beach, Florida     U.S. Magistrate Judge William Matthewman
*Printed name and title*

# AFFIDAVIT
## OF
## AGENT SCOTT STACY
## DEPARTMENT OF HOMELAND SECURITY
## CUSTOMS and BORDER PROTECTION
## UNITED STATES BORDER PATROL

I, Scott Stacy, being duly sworn, depose and state:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), United States Border Patrol and have been so employed for more than fifteen (15) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******856, court documents and reports, and interviews of Defendant. The statements contained in this affidavit are based upon my own personal knowledge, as well as

information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Humberto POLANCO-FLORES has committed a violation of Title 8, United States Code, Section 1326(a), illegal re-entry into the United States after deportation.

4. On October 22, 2012, approximately 7:30 a.m., the Palm Beach Police Department (PBPD) received a call regarding a boat that washed ashore near the 900 block of North Ocean Boulevard, Palm Beach, Palm Beach County, Florida. PBPD officers responded and located a white center-console boat with a single Yamaha 200 horsepower engine on the beach. The vessel had Grand Bahamas registration # GB0132.

5. On October 22, 2012, Border Patrol agents from the West Palm Beach station received a call from the Palm Beach Police Department (PBPD) through Border Patrol Sector Communications regarding the beached vessel and possible migrant landing. Agents responded and upon arriving on scene with the boat noticed several sets of footprints leading away from the boat to the south toward an empty lot near Ridgeway Drive, approximately a half mile south of the boat.

6. While en route to the abandoned vessel, a Border Patrol agent observed two subjects walking south near the intersection of North Ocean Boulevard and West Indies Drive (about four blocks south of the empty lot). The two subjects appeared not to be from the area, and due to the recent arrival of the vessel, the agent approached the subjects and engaged in

2

casual conversation. One of the subjects was later identified as Humberto POLANCO-FLORES, hereinafter Defendant. The agent identified himself as a Border Patrol agent and engaged the two subjects in consensual conversation. During the conversation both subjects, including Defendant, admitted to being citizens of the Dominican Republic. Both subjects admitted to being illegally in the United States and to having arrived in the United States on a white, single engine, center console boat around midnight. Both subjects were placed under administrative arrest and transported to the West Palm Beach Border Patrol Station for vetting and processing.

7. Defendant was enrolled into the DHS e3 Processing System wherein the defendant's biographical information, a photograph, and fingerprints are searched in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The two systems check prior immigration and criminal history records based on input fingerprints.

8. Defendant was positive in both systems. Defendant was ordered removed on June 26, 2012, and was removed on July 26, 2012, from the United States to the Dominican Republic.

9. I obtained the Form I-296, Notice of Alien Ordered Removed/Departure Verification bearing a photograph and right index fingerprint of the Defendant, dated July 26, 2012.

10. On October 22, 2012, Defendant was given the <u>Miranda Warnings</u> (in the Spanish language), and waived these rights and agreed to provide a sworn statement without the presence of an attorney. During the sworn statement Defendant admitted to having been deported on July

3

26, 2012 and to having just reentered the United States by boat without proper immigration documents.

11.     On October 23, 2012, requests were made to the National Records Center, Saint Louis, Missouri for Defendant's alien registration file and for a record of Non-Existence from the U.S. Citizenship and Immigration Services, Royal Palm Beach, Florida and were obtained and confirmed that Defendant did not obtain permission from the Secretary of Homeland Security to legally return to the United States after removal.

12.     Upon obtaining Defendant's alien registration file, a fingerprint comparison was conducted which confirmed that the person's fingerprint on the Form I-296 matched Defendant's fingerprints obtained on October 22, 2012, at the time of his administrative processing.

13.     Checks were conducted in the USCIS computer database. Information contained in the USCIS database indicated that Defendant had been last removed from the United States on July 26, 2012.

WHEREFORE, on the basis of the foregoing, your affiant submits that probable cause exists to charge defendant Humberto POLANCO-FLORES with violation of Title 8, United States Code, Section 1326(a), that is, Illegal Re-Entry into the United States After Deportation.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

SCOTT STACY
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 30TH DAY OF
OCTOBER, 2012, AT WEST PALM
BEACH, FLORIDA.

*[signature]*

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.  12-8421-WM

**IN RE:**

**CRIMINAL COMPLAINT**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?     _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?     _____ Yes   __X__ No


Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Stephen.Carlton@usdoj.gov